**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

ALVIN IRVING JR.                                                    CIVIL ACTION

VERSUS                                                              NO.  09-2777

21st DISTRICT COURT                                                 SECTION "I"(2)

<u>**O R D E R**</u>

The Court, having considered the complaint, the record, the applicable law, the Report

and Recommendation of the United States Magistrate Judge, and the failure of any party to

file an objection to the Magistrate Judge's Report and Recommendation, hereby approves

the Report and Recommendation of the United States Magistrate Judge and adopts it as its

opinion in this matter.  Therefore,

**IT IS ORDERED** that the petition of Alvin Irving Jr. for issuance of a writ of habeas

corpus under 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this _____28th_____ day of August, 2009.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE